FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 12 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAVID G. FINCH,

                Plaintiff,

-against-

NYC TRANSIT AUTHORITY,

                Defendant.
------------------------------------------------------------------X

JUDGMENT
09-CV- 5371 (NGG)

       A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on July 8, 2011, ordering that because Finch's claims under Title VII and the ADA are time-barred, and because Finch is not entitled to equitable tolling, all claims against Defendant are dismissed; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that all claims against Defendant NYC Transit Authority are dismissed.

Dated: Brooklyn, New York
         July 11, 2011

                                                                 s/Robert C. Heinemann
                                                                ROBERT C. HEINEMANN
                                                                Clerk of Court